SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC
Blaise S. Curet, #124983
bcuret@spcclaw.com
Randy M. Marmor, #074747
rmarmor@spcclaw.com
555 Montgomery Street, Suite 720
San Francisco, California 94111-3910
Tel.: (415) 352-6200; Fax: (415) 352-6224

Attorneys for Plaintiff
GENERAL STAR INDEMNITY COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL STAR INDEMNITY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN D. BROOKS, Individually and as Trustee of The BROOKS 2006 CHARITABLE REMAINDER UNITRUST Dated 3/14/2006; CATHERINE S. BOOKS, as Trustee of The BROOKS 2006 CHARITABLE REMAINDER UNITRUST Dated 3/14/2006; BROOKS 2006 CHARITABLE REMAINDER UNITRUST Dated 3/14/2006; and DOES 1 THROUGH 25, inclusive,<br><br>Defendants. | CASE NO. C11-01565 SI<br><br>**STIPULATION TO STAY ACTION AND ORDER STAYING ACTION**<br><br>Action Filed: February 15, 2011<br><br>DISCOVERY CUTOFF: None Set<br>MOTION CUTOFF: None Set<br>TRIAL DATE: None Set |

On February 15, 2011, Plaintiff General Star Indemnity Company ("General Star") filed a Complaint for Subrogation, Indemnity, and Contribution against Steven D. Brooks, individually and as Trustee of the Brooks 2006 Charitable Remainder Unitrust dated 3/14/2006, Catherine S. Brooks, as Trustee of the Brooks 2006 Charitable Remainder Unitrust dated 3/14/2006, and Brooks 2006 Charitable Remainder Unitrust dated 3/14/2006 (collectively "Brooks") in the San Francisco County Superior Court, Case Number CGC-11-508261.

On March 31, 2011, Brooks filed a Notice of Removal to the United States District

Court for the Northern District of California, Case Number C11-01565 JCS.

In its Complaint, General Star seeks amounts paid by General Star to defend and indemnify its insured, Jay Morton ("Morton") in an action pending before the San Francisco County Superior Court, Case Number 468359 (the "Underlying Action"). The Underlying Action has proceeded to trial in the San Francisco County Superior Court and has resulted in a verdict. No judgment has as yet been entered in the Underlying Action.

As Morton's subrogee, General Star "stands in the shoes" of Morton with respect to its rights to recover defense and indemnity payments made on Morton's behalf in the Underlying Action. General Star's rights cannot be determined until final judgment is rendered in the Underlying Action.

WHEREFOR, General Star and Brooks, by and through their attorneys, stipulate as follows:

1. That this action be stayed by and between General Star and Brooks until final judgment, including appeals, is entered in the Underlying Action;

2. That all discovery in this action shall be stayed until the stay in this action is lifted by stipulation or court order;

3. This stipulation may be signed in counterparts and a facsimile signature may be filed with the Court.

IT IS SO STIPULATED.

DATED: May 24, 2011

SINNOTT, PUEBLA,
CAMPAGNE & CURET, APLC

By: _____
RANDY M. MARMOR
Attorneys for Plaintiff GENERAL STAR
INDEMNITY COMPANY

2
STIPULATION TO STAY ACTION AND ORDER STAYING ACTION

DATED: May 24, 2011

By: /s/ Thomas J. Losavio
THOMAS J. LOSAVIO
Attorneys for Defendants Steven D. Brooks, individually and as Trustee of the Brooks 2006 Charitable Remainder Unitrust dated 3/14/2006; Catherine S. Brooks, as Trustee of the Brooks 2006 Charitable Remainder Unitrust dated 3/14/2006; and Brooks 2006 Charitable Remainder Unitrust dated 3/14/2006

## ORDER

For good cause appearing, the Court accepts the parties' stipulation set forth above and makes the following orders:

1. This action, including all discovery, is hereby stayed until final judgment, including appeals, is entered in the Underlying Action;

2. General Start shall advise the Court when final judgment, including appeals, is entered in the Underlying Action; and

3. Following receipt of notice that final judgment, including appeals, has been entered in the Underlying Action, the Court shall schedule an initial Case Management Conference.

DATED: May 26, 2011

By: 
Judge of the United States District Court for the Northern District of California

GENSTAR\Morton\Pleadings\Stipulation and Order.revised.doc

The Court will statistically close this case. Counsel may simply contact the Court to have the case repoened at any point in the future.

3
STIPULATION TO STAY ACTION AND ORDER STAYING ACTION